Cause No. F-9302527 KU                     04,757-03
COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION,
AUSTIN, TEXAS 78711

DATE. MAY 4, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 06 2015

Abel Acosta, Clerk

Dear Sir, or MS.
    My name is Derman Deneil Cooks and SID
Number: 02086033 and TDC-J I.D.#661121
and (Race Black man I'am). I Submitted My
MOTION TO AMEND TO THE U.S. DISTRICT
COURT Northern DISTRICT OF TEXAS 1452 EARLE
Cobell FEDERAL BUILDING DALLAS, TEXAS
                                    752442
I SENT MY MOTION To AMEND To Let Them
SEE WHAT I FILED IN TO DALLAS County
On August 14, 2014 It's A Copy That I
SENT To THE U.S. DISTRICT COURT.

THE United States Clerk's Office Received
My MOTION TO AMEND on August 19, 2014 and
THEN FROM THERE THE U.S Clerk Sent My
MOTION TO AMEND On To be filed In THE
State district Court (Dallas county Courthouse,
600 Commerce St. # 101 Dallas, Texas 75202).
And Dallas still have not answered My MOTION
TO AMEND. Will you make Dallas County answre
My MOTION To A MEND? THIS IS My letter
asking you for your help. My MOTION To AMEND
IS Explaining to the Court I Received 5 life
Sentences in 1993 Running concurrently. After
I was sentence by this one JUDGE GERRY
MEIER, Rape and Three Robbery's and injury
to an Elderly person in the same trial and
same JUDGE and same person and same day.

JUDGE GERRY MEIER. Dismissed the Rape and No billed I Derman Deneil Cooks on one of the Robbery's and then the JUDGE Dismissed the other Robbery Charge. It was three Robbery's and one Rape Charge and A injury to an Elderly Person. And I'am innocence on all of these Cases. I also filed on the arrestwarrant because Dallas Police did not have arrestwarrant to Come in my yard at my home to arrest me at 3732 HomeLand St. Dallas, Texas 75212 on June 3, 1993 and there was no probable causes for Dallas police to come in my yard to arrest me I wasn't doing anything worng in my yard and I did not have anything in my hands that would have gave Dallas police A probable cause to come in my yard. I also Filed on all 5 of those F93- Cause Numbers because they are not from 1978 I did not receive life in 1978. And I filed on both of these TDC-J I.D. Numbers the 278430, Number will not match up with 661121 Number because the 278430 number I received that number in 1978. On March 28, 1978 I received three 25 year Convictions running Concurrently. I Derman Deneil Cooks did not receive life in 1978 and you can see that your self by looking at the cause numbers that F93 are not from 1978. I filed Ineffective Assistance OF Counsel on my Lawyer Mr. Bruce A Mantyla for not filing for ACQUITTANCE when key witness identifyed him and not I Derman Deneil Cooks. Will you ask Dallas County to show you all of my 1993 jury trial records the oridginal records, so that you can see the proof for your self, I will like to get A hearing on my MOTION TO AMEND.

Sincerely,

From. Derman Deneil Cooks #661121
Derman Deneil Cook
MAC String Fellow unit
1200 FM 655
Rosharon, Texas 77583